IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | Civil No. 3:18-cv-1527 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **LT. GILDEA,** *et al.*, | : | |
| | : | |
| Defendants | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 25 day of September 2018, upon consideration of Plaintiff's motions (Docs. 14, 15) for extensions of time, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 15) for an extension of time to file an amended complaint is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before October 25, 2018.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 3:18-cv-1527, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(d).

4. **Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an Order of Court and will result in dismissal of the complaint.** See FED. R. CIV. P. 20.

5. Plaintiff's motion (Doc. 14) for an extension of time to file a motion for a temporary restraining order is GRANTED.

6. Plaintiff's motion (Doc. 12) for a temporary restraining order is DENIED without prejudice to Plaintiff's right to re-file the motion with his amended complaint.

BY THE COURT:

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**