In The United States District Court
For The Middle District OF Pennsylvania

Garfor Brown

v.

Gildea, et al.,

FILED
SCRANTON
SEP 26 2018
PER _AMD_
DEPUTY CLERK

No. 3:18-CV-1527

## Declaration In Support Of Plaintiff's Motion For Appointment Of Counsel

1) I am Plaintiff in this case. I make this declaration in support of my motion for this appointment of Counsel.

2) The Complaint in this case alleges that the Plaintiff is a homosexual inmate with feminine appearance in which he switch his hips, and talk like a girl and wear eyeliner. Plaintiff was admitted into the RHU, with officials already aware he was a vulnerable inmate with a history of being sexually assaulted. Plaintiff will then be force in a cell with a violent Lifer that he told officials they were enemies in which he was getting extorted in Population by the same"actor." The Lifer made officials aware he did not want a homosexual or a rat in the cell with him. All this was ignored. Over the next (5) days officials would witness assaults and Sexual assaults on Plaintiff, in which they refuse to remove him away from his violent attacker. This would lead to serious injuries that the medical department would also ignore.

3) This is a Complex case because it contains several different legal claims under the First, Eighth, and Fourteenth Amendment.

4) This case involves serious medical issues that may require expert testimony.

5) The Plaintiff has demanded a jury trial.

6) The case will require discovery of documents and depositions of a number of witnesses.

7) The testimony will be in sharp conflict, since the Plaintiff claims happened in a cell off camera in which defendants will most likely denied having any wrong doing.

8) The Plaintiff has a low education level and a hard time will speaking.

9) The Plaintiff is currently in Punitive Segregation. For this reasons, he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing other inmates who were eyewitnesses to defendants actions.

10) As set forth in the memorandum of law submitted with this motion, these facts, along with the legal merit of Plaintiff's claims, support the appointment of Counsel to represent the Plaintiff.

WHEREFORE, the Plaintiff's motion for appointment of Counsel should be Granted. Pursuant to 28 USC. 1746, I declare under Penalty of Perjury that the foregoing is true and correct.

Signed this ___09___ day of _18_, 20_18_

Garfor Brown

Name: Gaster Brown
Number: NA 6401
1100 Pike Street
Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16652 $001.10
02 1W
0001395447 SEP 24 2018

RECEIVED
SCRANTON
SEP 26 2018
Per _____ DEPUTY CLERK

United States District Court
235 N. Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148

USPS TRACKING #
9014 9645 1922 5135 25