IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARTOR KIKI BROWN, | : | Civil No. 3:18-cv-1527 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LT. GILDEA, *et al.*, | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, to wit, this 1st day of November 2018, upon consideration of the document (Doc. 22) filed by Plaintiff on September 26, 2018, which the Court construes to be Plaintiff's Proposed Amended Complaint, and Plaintiff's recent request (Doc. 23) for a civil rights complaint form, it is hereby ORDERED that:

1. The Proposed Amended Complaint (Doc. 22) is REJECTED for failure to comply with this Court's Orders (Docs. 10, 16), to wit, the inclusion of separate unrelated claims in a single complaint in violation of Rule 20 of the Federal Rules of Civil Procedure, failure to include a case caption, failure to identify individual defendants, and failure to be direct and concise.

2. Plaintiff shall FILE a Proposed Amended Complaint on or before November 21, 2018. **This is Plaintiff's final opportunity to file a proposed amended complaint in compliance with the Court's Orders and the Federal Rules of Civil Procedure.**

3. The Clerk of Court is directed to send to Plaintiff the Court's "Form to be Used by a Prisoner in Filing a Civil Rights Complaint." **Plaintiff is encouraged to utilize this form in filing his Proposed Amended Complaint and to replicate the form to the extent that he has separate unrelated claims.**

4. The proposed amended complaint shall contain the same case number presently assigned to this action, 3:18-cv-1527, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(d).

5. **Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an Order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.** As noted in the Court's prior Memorandum and Order (Doc. 10), allowing Plaintiff to include a plethora of separate, unrelated claims circumvents the filing fee requirements of the PLRA.

6. Plaintiff's motion (Doc. 17) to appoint counsel is DENIED without prejudice to Plaintiff's right to re-file the motion with his proposed amended complaint.

                              **BY THE COURT:**

                              **s/James M.Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**