# In The United States District Court For The Middle District Of Pennsylvania

Gartor Kiki Brown,

V.

LT. Gildea, et al.,

NO. 18-cv-1527

## Plaintiff's Motion For Sanction For Spoliation Of Electronically Stored Information

1) This is Plaintiff's Motion for Sanction for Spoliation of electronically stored information Pursuant to Fed.R.Civ.P. 37(e). Provides that "If ESI that should had been preserved in anticipation of litigation is lost because a party failed to take reasonable steps to preserve it and it can not be restored or replaced through discovery, Courts may order measures no greater than necessary to cure the prejudice....".

2) This motion accompanys a Brief as well, Pursuance to local court rules

FILED
SCRANTON

MAR 17 2020

PER _____
DEPUTY CLERK

neopost
03/10/2020
US POSTAGE $001.40⁰
ZIP 16239
FIRST-CLASS MAIL

INMATE MAIL

Smart Communications/PADOC

SCI- Forest

Name Gaylor Brown

Number NA4401

PO Box 33028

St Petersburg, FL 33733

RECEIVED
SCRANTON

MAR 17 2020

DEPUTY CLERK

United States District Court
235 North Washington Ave
P.O. Box 148
Scranton, PA 18501