IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARTOR KIKI BROWN, | : | |
| Plaintiff, | : | 3:18-cv-1527 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| LT. GILDEA, *et al.*, | : | |
| Defendants. | : | |

# **ORDER**[1]

# **April 9, 2020**

NOW THEREFORE, upon consideration of Plaintiff's motion (Doc. 83) for sanctions in which Plaintiff seeks to impose sanctions on Defendants for failing to preserve a video, and it appearing that no such video exists (Doc. 84, p. 11), it is hereby ORDERED that the motion (Doc. 83) is DENIED.

s/ John E. Jones III
John E. Jones III
United States District Judge

---

[1] This matter has been reassigned to the undersigned upon the death of the Honorable James M. Munley.