

# In The United States District Court For The Middle District OF Pennsylvania

Gartor kiki Brown

V.

No. 18-cv-1527

LT. Maxwell et. al.,

# Plaintiff's Motion To Consult With The Courts Discovery Issues

- This is Plaintiff's Motion to consult with the court Pursuant to discovery issues Also see accompany Brief.

FILED
SCRANTON

MAY 26 2020

PER _____
DEPUTY CLERK

# CERTIFICATE OF SERVICE

I Gartor kiki Brown here Pro se Certify that on 5/20/20 his Motion & Brief to consult with the court pursuant to discovery issues were placed into the Prison's mail box for first class Postage to the address below.

United States District Court Middle District
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501

Dated 5/20/20

Gartor Brown NA6601-Gartor
SCI Forest
286 Woodland Drive
Marienville, PA 16239



Inmate Name Carter Brown   DC# NA6401
Housing Unit:
SCI Forest
PO Box 945
Marienville, PA 16239

United States District Court
235 North, Washington Ave
P.O. Box 1148
Scranton, PA 18501

INMATE MAIL

RECEIVED
SCRANTON
MAY 26 2020
PER _____ DEPUTY CLERK

Inmate Mail Dept. of Corrections