# In The United States District Court For The Middle Distric OF Pennsylvania

Gartor Kiki Brown

V.

NO. 18-CV-1527

Honorable John E. Jones III

Gildea, et al.,

## Motion In Limine To Exclude Certain Records

- Plaintiff request to exclude Prior conviction for Aggravated Harassment & Burglary or Prior arrest history.
- Plaintiff also request to exclude Prior litigating history both requestes as not relevant as to if defendants violated his Eighth Amendment rights Under Failure to Protect, this would only form Prejudice bias to Brown & be a distraction.

FILED
SCRANTON

MAY 25 2021

Per _____ S/ _____
DEPUTY CLERK