# In The United States District Court For The Middle District Of Pennsylvania

Gartor Kiki Brown

V.

Gildea, et al.,

NO. 18-CV-1527

Honorable John E. Jones III

## Motion In Limine To Exclude Certain Record

Plaintiff request that Part of the record be excluded under Rule 26, 403, 404, 609 etc

- Exhibit 1 & 4 Conclusion of PREA Investigation by LT. Maxwell & the State Police; also (Exhibit L) and Part of investigation to whom defendant himself conducted
- Exhibit L Interview statement by LPN Trice & DEF000040 Statement by Nurse Trice; & (Exhibit 99) Medical Injury Report by Nurse Trice, (Exhibit 100) medical injury report by nurse Emrich & statements by both nurses on the injure reports
- (Exhibits O, P, Q, R) Plaintiff's Cumulative Adjustment Records Outside of encounter by Persons on 2/5/18
- (Exhibit not limited to Exhibit 77) Inmate's Cumulative Adjustment Record DEF 000101 in it's entirety, Exhibit 78 Inmate Allen's cell History in it's entirety, Exhibits 85 & 86 Inmate's Allen's Medical incident Report DEF000119 & DEF000074
- Exhibit N DEF000099 Inmate Brown Post Sexual Assault Interview
  Exhibit M DEF000100 Inmate Allen Post Sexual assault interview

FILED
SCRANTON
MAY 2 5 2021
Per _____
DEPUTY CLERK