IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | No. 3:18-CV-01527 |
| Plaintiff, | : | |
| | : | *Judge Jones* |
| vs. | : | |
| | : | *Electronically Filed Document* |
| **LT. MAXWELL, C.O. PLOCINIK,** | : | |
| **C.O. JOHNSON** *and* **C.O.** | : | |
| **FOCHTMAN,** | : | *Complaint filed 08/01/18* |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Lt. Maxwell, C.O. Plocinik, C.O. Johnson and C.O. Fochtman in the above-referenced case.

                          **Respectfully submitted,**

                          **JOSH SHAPIRO**
                          Attorney General

               By:   *s/ Daniel P. McGannon*
                          **DANIEL P. MCGANNON**

**Office of Attorney General**        **Deputy Attorney General**
**14th Floor, Strawberry Square**   **Attorney ID #309357**
**Harrisburg, PA 17120**
**Phone: (717) 775-5176**          **KAREN M. ROMANO**
                                          **Chief Deputy Attorney General**

dmcgannon@attorneygeneral.gov

**Date:  March 2, 2022**          *Counsel for Defendants Maxwell,*
                                        *Plocinik, Johnson and Fochtman*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | No. 3:18-CV-01527 |
| **Plaintiff,** | : | |
| | : | **Honorable James Munley** |
| vs. | : | |
| | : | *Electronically Filed Document* |
| **LT. MAXWELL, C.O. PLOCINIK,** | : | |
| **C.O. JOHNSON** and **C.O.** | : | |
| **FOCHTMAN,** | : | *Complaint filed 08/01/18* |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Daniel P. McGannon, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 2, 2022, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA FIRST CLASS MAIL:**
Smart Communications/PA DOC
Gartor Kiki Brown, NA-6401
SCI Forest
P O Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

                                              *s/ Daniel P. McGannon*
                                              **DANIEL P. MCGANNON**
                                              **Deputy Attorney General**