# In The United States District Court
# For The Middle District Of Pennsylvania

Gartor Kiki Brown

V.

No. 18-CV-1527

Waxford, et. al.,

FILED
HARRISBURG, PA
JUL 27 2022
PER_____
DEPUTY CLERK

## Motion For Extention OF Time

While on Lexis, Plaintiff notice an order in this matter dated July 14, 2022 Granting defendants Summary Judgment in Part.

It was also Order that Brown is required to file a Certificate of Merit Pursuant to Pennsylvania Rule of Civil Procedure 1042.3 within 30 days of the date of the Order or Summary Judgment will be granted on Brown's Professional negligence claims against Price & Emigh.

Brown has yet to receive a copy of the order by mail, & the jail copying process is inadequate. Plaintiff would have to receive a copy of the order before sending by mail with all exhibits for full understanding to a family member, to whom will contact a Professional for over viewing & for Certificate of Merit.

Due to these reasons Brown request 30 days from the date he receive the order, or unit September 1st.

# Certificate Of Service

I hereby state that I am Plaintiff Gartor Kiki Brown Plaintiff's Motion for extention of time was handed to a prison official on July 24, 2022 for first class postage to the address below

United States District Court
228 Walnut St
P.O. Box 983
Harrisburg, PA 17108

Dated July 24/2022

Gartor Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16866
/s/ Gartor Brown

Gartor Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16866
SMU 30 TL
A094007050

RECEIVED
HARRISBURG, PA
JUL 27 2022
PER_____
DEPUTY CLERK

Hasler
07/25/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL
ZIP 16866
011E11683466

United States District Court
228 Walnut street
P.O. Box 983
Harrisburg, PA 17108

171083OSE3 B011