# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARTOR KIKI BROWN | : | |
| | : | 3:18-CV-001527 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| | : | |
| LT. MAXWELL, ET AL., | : | |
| | : | |
| Defendant | : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Department of Homeland Security – Immigration and Customs Enforcement – Moshannon Valley Processing Center in Phillipsburg, PA , is directed to produce the person of **GARTOR KIKI BROWN, A094-007-050**, to the United States Marshals Service, who will transport and produce the plaintiff to Courtroom #5, 11th Floor at the United States District Court, 228 Walnut Street, Harrisburg Pennsylvania, on **September 6, 2022 at 9:30 a.m.** for the purpose of attending a bench trial, and keep the prisoner/plaintiff safe in custody and confine him from day to day when not appearing for the trial.

At the conclusion of the proceedings, the United States Marshals Service shall transport and return plaintiff to the custody of Immigration and Customs Enforcement at the Moshannon Valley Processing Center where he is currently detained.

So, ordered this 28th day of July 2022.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge