# In The United States District Court
# For The Middle District Of Pennsylvania

Gartor Kik Brown

v.

Maxwell, et. al.,

No. 18-CV-1527

FILED
HARRISBURG, PA
AUG 01 2022
PER _____ DEPUTY CLERK

## Plaintiff's Motion To Consult With The Court

Plaintiff send defendants a list of exhibits to whom some will be used or allow at trial. Defendants articulated their objections, & also predicated that Brown failed to identify each exhibits.

Plaintiff seeks a (7) seven day extention of time as he wait for copys; inasmuch, Brown has identify the exhibits into (3) three Phase, within the (3) three Phase system, Brown has periodically paired exhibits as package time line, must of Browns exhibits was created at SCI Huntingdon, & was part of his initial complaint, or was created after he was sexually assaulted.

With the new package exhibits & exhibit list, it should make for better understanding & identifying. Thus Brown request that the court do not rule on defendants objections as he is simultaneously send his exhibits & exhibit list to the court.

# Certificate of Service

I Gartor Kiki Brown Plaintiff in this case hereby certify that on July 25, 2022 Plaintiff's Motion to consult with the court was put on handed to a Jail Geo official for first class postage to the address below

United States Court house
228 Walnut St.
P.O. Box 983
Harrisburg PA 17108

Dated 7/25/22

Gartor Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg PA 16866
/S/ Gartor Brown

Gortor Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16866
AC94007050
SMU17-37L

Hasler
07/27/2022
US POSTAGE $000.57⁰
FIRST-CLASS MAIL
ZIP 16866
011E11683466

United States District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

REC'D
HARRISBURG, PA
AUG 01 2022
PER_____
DEPUTY CLERK

