# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | Civ. No. 3:18-CV-1527 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **LT. MAXWELL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 1st day of September 2022, upon the Court's receipt of important information regarding the logistics of trial, IT IS HEREBY ORDERED that the parties shall attend a telephonic conference on Friday, September 2, 2022 **at 11:30 a.m.** to discuss these pressing issues. The court will provide the parties with call-in information for this telephonic conference. If parties have any questions or concerning regarding the scheduling of this conference they may contact the Court through our Deputy Clerk, Kevin Neary, at 717-221-3924 or Kevin_Neary@pamd.uscourts.gov.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge