# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | Civ. No. 3:18-CV-1527 |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **LT. MAXWELL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 2nd day of September 2022, following a telephone conference with the parties and in accordance with the matters discussed therein, IT IS HEREBY ORDERED that the trial in this case is hereby continued. IT IS FURTHER ORDERED THAT defense counsel shall provide the Court with the earliest mutually convenient dates defendants can be available for a rescheduled trial **on or before September 9, 2022**. With the consent of the parties, and in coordination with the US Marshals and Immigration and Customs Enforcement, the Court will explore the options of proceeding with trial at the Federal Courthouse at Williamsport or, if necessary, via video conference.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
