

September 9, 2022
PA Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050
717-728-7763; lbedell@pa.gov

Martin C. Carlson, Magistrate Judge
United States District Court for the Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

   Re: <u>Brown, Gartor Kiki v. Maxwell, et al.</u>
      No. 18-1527 (M.D. Pa.)

Dear Judge Carlson,

  I write in response to the Court's Order dated September 2, 2022 (Doc. 218) in which you directed defense counsel to provide the earliest mutually convenient dates that defendants can be available for a rescheduled trial.

  Defendants are available for trial between Tuesday, November 1, 2022 and Friday, November 4, 2022. In the event that trial cannot be scheduled during these dates, the Defendants respectfully request an enlargement of the current deadline by a few days so they may determine their collective availability for trial beginning in January 2023.

  Thank you for your attention to this matter.

Respectfully Submitted,

<u>s/ Lindsey A. Bedell</u>
Lindsey A. Bedell
Assistant Counsel

CC: Gartor Kiki Brown (NA6401)