# In The United States District Court For The Middle District Of Pennsylvania

Gartor Kiki Brown

v.

LT. Maxwell, et. al.,

NO. 18-CV-1527

FILED
HARRISBURG, PA
OCT 31 2022
PER _____
DEPUTY CLERK

## Motion To Consult With Court

Dear, Honorable Judge Carlson

This is pursuant to (DOC 222, 223); the writ of Habeas Corpus AD Testificandum ordered compliance with the writ rest with the agency having custody over the detainee, in this case the Department of Homeland Security - Immigration and Customs Enforcement.

Plaintiff is conclued that a transfer may not be initiated. Moshannon Valley Processing Center has done nothing nor has adequate measures being tooken to mitigate the threat of covid-19.

Brown was housed in the RHU on P.C. but was transferred to A-6, detainees are confined in dormitory style rooms, that in ordinary circumstances contain fifty detainees, with bed approximately two feet apart. Moshannon valley Processing Center has the capacity of around 900-950 detainees.

Brown predicated concerns to multiple officials pursuant to transfer; a CPT. George interserted Brown direct pleading concern directed to a different official. "If you think we are going to transfer you, you are a fool".

Brown simultaneously acknowledged individuals with covid-19 like symptoms prior to A-6 Pod;& the Pod also became very cold, causing detainees to cough non stop & other moderate symptoms consistant with the flu. Brown made the warden aware of the cold, the lack of hygiene, sanitation, cleaning chemicals, soap, lack of compliance with mask by RA officials. Brown concerns were also relayed by imminent, irreparable harm lack of ineffective quarantine and social distancing procedures. Brown conveyed that detainees were unable to keep socially distant & could not keep the detention facilities sufficiently clean to combat the spread of the virus. And the cold conditions caused sneezing, cough running of the Furthermore, Brown had a higher risk of exposure due to chronic medical condition.

A unit was put on lock down on 10/20/22. Transferring rampage testing; Brown was retested on 10/25/2022 on 10/20/22, Brown had asked CPT. George to be separated from the other detainees knowing the risk of contracting covid-19 was high. CPT. George stated "you are at Moshannon to be remove from the United States & you will be removed very shortly." During another set of testing on 10/25/22, Brown was told the test was positive.

Brown claims irreparable harm under multiple grounds:
ICE has already conceded that Brown has underline circumstances distinguished from the Covid-19 issues. Brown issues with CPT. George derived from a use of force on July 19, 2022 during an argument as to Brown's lack of access to obtaining the case law of Wafford V. Brown, so that Brown could comply with the certificate of merit. This lead to CPT. George choking & hitting Brown; this lead to the blood infested mask.

Brown believe officials created a covid-19 friendly environment; & Brown do not believe, due to immigration statue, officials might undermind any future transfer order. I may request to mitigate the issue, if it must be wise to still order Brown transferred; another covid test shall be initiated upon transfer assuming Brown has covid & not the flu. The medical department has also stated that they had a ten day custom for no transfer pursuant to detainees that tested positive for covid.

# Certificate Of Service

I here by Certife that I'am Gartor Kiki Brown Plaintiff in this matter, on 10/26/22 Plaintiff's Motion to Consult with the Court was handed to an RA official for first class Postage to the address below.

United States District Court
228 walnut St.
P.O. Box 983
Harrisburg, PA 17108

Dated 10/26/22

Gartor Brown
Moshannon Valley Jail
555 Geo Dr.
Phillsburg PA 16866
S/ Gartor Brown

