# In The United States District Court For The Middle District Of Pennsylvania

Gartor Kiki Brown

V.

LT. Maxwell, et. al.,

NO. 18-CV-1527



RECEIVED
HARRISBURG, PA
NOV 03 2022
PER _____ DEPUTY CLERK

## Motion To Conduct Trial Via Zoom

. After Consulting with Honorable Judge Martin C. Carlson & defense Counsel; it was acknowledged that Brown had some concerns unrelated to the case as to reasons Brown may not wish to conduct trial via Zoom in retrospect to the derivative that was or may had been a positive COVID-19 test.

After reevaluating the challenges presented; and out of interests for judicial economy, it would be wise as Brown concede to a trial via Zoom.

# Certificate Of Service

I hereby certife that I'am Gartor Kiki Brown, Plaintiff in this matter, on 10/27/22 Plaintiff's Motion to conduct trial via Zoom, was handed to an Geo official for first class postage to the address below.

United States District Court
228 Walnut St,
P.O. Box 983
Harrisburg, PA 17108

Dated 10/27/22

Gartor Kiki Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16266
s/ Gartor Brown



Carter Brown
Moshannon Valley Jail
555 Geo Drive
Philipsburg, PA 16866

JOHNSTOWN PA 15[?]
01 NOV 2022 PM 2

ZIP 16866
011E11683466
US POSTAGE $000.57

RECEIVED
HARRISBURG, PA
NOV 03 2022
PER _____
DEPUTY CLERK

United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

1710830983