IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN** | : | |
| | : | **Civil No. 3:18-CV-001527** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **LT. MAXWELL, ET AL.,** | : | |
| | : | |
| **Defendant** | : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Whereas the plaintiff in this case, Gartor Kiki Brown, is currently detained by the Department of Homeland Security – Immigration and Customs Enforcement, having previously been incarcerated by the Pennsylvania Department of Corrections; and

Whereas, the trial of this case has been set by the Court for **December 16, 2022, at 10:00 a.m. in Courtroom 5, United States Courthouse, Harrisburg, Pennsylvania**; and

Whereas, the United States Supreme Court has held that the primary responsibilities for compliance with a writ rest with the agency having custody over a detainee, in this case the Department of Homeland Security – Immigration and Customs Enforcement, Pennsylvania Bureau of Correction v. U.S. Marshals Serv., 474 U.S. 34, 35, 106 S. Ct. 355, 357, 88 L. Ed. 2d 189 (1985); and

Whereas, immigration regulations specifically authorize immigration officers to maintain custody of and transport persons in their custody, 8 C.F.R. §287.5 (c)(6);

IT IS ORDERED that the Department of Homeland Security – Immigration and Customs Enforcement is directed to produce the person of **GARTOR KIKI BROWN, A094-007-050**, to Courtroom 5, United States District Court, Harrisburg, Pennsylvania on **December 16, 2022 at 10:00 a.m.** for the purpose of attending a bench trial, and keep the prisoner/plaintiff safe in custody and confine him from day to day when not appearing for the trial. It is further requested that the United States Marshals Service assist in housing the plaintiff at the courthouse during the trial.

So, ordered this 28th day of November 2022.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge