# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | Civil No. 3:18-CV-1527 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **LT. MAXWELL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 14th day of December 2022, IT IS HEREBY ORDERED THAT the first day of testimony in the bench trial scheduled in this case for **Friday, December 16, 2022 at 10:00a.m.** is POSTPONED. The Court will contact counsel regarding rescheduling.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1