

January 5, 2023  
PA Department of Corrections  
1920 Technology Parkway  
Mechanicsburg, PA 17050  
717-728-7763; lbedell@pa.gov

Martin C. Carlson, Magistrate Judge  
United States District Court for the Middle District of Pennsylvania  
Ronald Reagan Federal Bldg. & U.S. Courthouse  
228 Walnut Street  
Harrisburg, PA 17101

    Re:    <u>Brown, Gartor Kiki v. Maxwell, et al.</u>  
               No. 18-1527 (M.D. Pa.)

Dear Judge Carlson,

    During our pretrial communications, we had informed the Court that the Department of Corrections ("DOC") would not object to current staff being called by Brown to testify at trial since they could appear via Zoom with minimal impact to their duties.

    I learned that Ms. Butterbaugh, who was on Brown's most recent list of witnesses (Doc. 238), has left the employment of the DOC. Thus, we are no longer able to produce her for trial. If Brown desires to have her testify at trial, he will need to make his own arrangements to compel her appearance.

    Thank you for your attention to this matter.

Respectfully Submitted,

<u>s/ Lindsey A. Bedell</u>  
Lindsey A. Bedell  
Assistant Counsel

CC:    Gartor Kiki Brown (NA6401)