# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | Civil No. 3:18-CV-1527 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **LT. MAXWELL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 3d day of March 2023, for the reasons set forth in the accompanying memorandum Opinion, IT IS ORDERED that judgment is entered in favor of the Defendants as to the plaintiff's Eighth Amendment claims. IT IS FURTHER ORDERED that the clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge